**FILED**

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0509

_____

ROBERT WINKOWITSCH,

      Plaintiff and Appellee,

   v.                                            O R D E R

GLACIER ELECTRIC COOPERATIVE, INC.,

      Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023